**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:08-CR-00170-ALM-BD** |
| | § | |
| **ARTURO JESUS HERRERA (1)** | § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 44 (sealed).

**PROCEDURAL HISTORY**

On June 25, 2009, United States District Judge Richard A. Schell sentenced defendant Arturo Jesus Herrera to 120 months of imprisonment followed by three years of supervised release. Dkt. 31. Herrera's term of supervised release commenced on August 11, 2021. Dkt. 44 at 1.

In August 2023, a probation officer petitioned the court for a warrant, alleging that Herrera had violated six conditions of his supervised release. *Id.* Specifically, the petition alleged that Herrera had violated conditions that required him to: (1) not commit another federal, state, or local crime; (2) not unlawfully possess a controlled substance; and (3) refrain from excessive use of alcohol and not purchase, possess, use, distribute, or administer any controlled substance. *Id.* at 1.

A final revocation hearing was held before me on May 18, 2026. The government moved to dismiss allegations four through six. Minute Entry for May 18, 2026. Herrera pleaded true to the three remaining allegations. *Id.* He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 59. The government requested a sentence of 20 months of imprisonment with no supervised release to follow, which is within the federal sentencing policy statements; the defendant agreed. After hearing argument from counsel, the court announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) allegations four through six in the petition for revocation of Herrera's supervised release, Dkt. 44, be dismissed; (2) Herrera's supervised release be revoked based on allegations one through three in that petition, *id.*; (3) Herrera be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 20 months, to run consecutively to any other term of imprisonment, with no supervised release to follow; and (4) Herrera be placed at FCI El Reno in El Reno, Oklahoma, if appropriate.

So ORDERED and SIGNED this 3rd day of June, 2026.

_____

Don Bush
United States Magistrate Judge